Appeal No. 14-17-00868-CR

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS

DEC 18 2017

CHRISTOPHER A. PRINE
APPEALS CLERK

| | | |
|---|---|---|
| TOMMY E. HUTCHINS | § | IN THE |
| Appellant | § | |
| v. | § | 14TH COURT OF APPEALS |
| THE STATE OF TEXAS | § | |
| Appellee | § | HARRIS COUNTY, TEXAS |

MAILED

## MOTION FOR ORDER DIRECTING CLERK TO PROVIDE APPELLANT WITH FREE COPY OF CLERK'S RECORD WITH TRANSCRIPTS

TO THE HONORABLE COURT OF APPEALS:

Come now, the Appellant pursuant to Rule 20.1(c)(1) of the Texas Rules of Appellate Procedure, and §13.003 of the Texas Civil Practice & Remedy Codes, moves the Court for order directing clerk to provide appellant with free copy of the clerk's record with transcripts for reasons as follows:

### I.
### STATEMENT OF FACTS

Appellant appeals the final judgment entered on *Oct. 10-*, 2017. Notice Of Appeal, and Affidavit/Statement Of Inability To Afford Payment Of Court Cost Or Appeal Bond and Request/Motion For Preparation/Free Copy Of Clerk's Record With Transcript was mailed to the district clerk on *Oct. 10*, 2017. No contest to Affidavit/Statement Of Inability To Afford Payment Of Court Cost Or Appeal Bond has been filed by any opposing party or court officials. The 14TH Court of Appeals received and filed the Notice of Appeal on *November 16*, 2017. On November 15, 2017 the clerk's record was received and filed in the 14TH Court of Appeals. To date the district clerk has failed to provide appellant with free copy of the clerk's record with transcript. Appellant is unable to prepare the appellant's brief and perfect this appeal until he is provided with free copy of the clerk's record. Therefore, an order is needed directing clerk to provide appellant with free copy of clerk's record with transcripts.

### II.
### ARGUMENT AND AUTHORITIES

This court has the authority to order the clerk to provide appellant

-1-

with free copy of the clerk's record with transcripts based on Rule 20.1(c)(1) [TRAP] and §13.003 of the Tex. Civ. Prac. & Rem. Codes. Appellant's brief cannot be filed until appellant is provided with free copy of the clerk's record with transcript.

## III.
### PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, appellant pray the Court grant this motion based on the facts herein and the authorities applicable.

SIGNED this 30 day of November, 2017.

Respectfully,

Tommy E. Hutchins
TDCJ ID #1853351
Robertson Unit
12071 FM 3522
Abilene, TX 79601

## IV.
### VERIFICATION

I have read the foregoing Motion For Order Directing Clerk To Provide Appellant With Free Copy Of Clerk's Record With Transcript swear under penalty of perjury the facts within is true and correct pursuant to Title 6 of the Tex. Civ. P. & Rem. Code §132.001 signed this 30 day of November, 2017.

Tommy E. Hutchins
TDCJ ID #1853351
Robertson Unit
12071 FM 3522
Abilene, TX 79601

-2-

## CERTIFICATE OF CONFERENCE

Tommy E. Hutchins certify that he is unable to confer with Appellee before the filing of MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF; and MOTION FOR ORDER DIRECTING CLERK TO PROVIDE APPELLANT WITH FREE COPY OF CLERK'S RECORD WITH TRANSCRIPT because he is a prisoner of Texas housed at the Robertson Unit in Abilene, Texas. However, Appellee is provided with copy of said motions.

SIGNED this 30 day of November, 2017.

Tommy E. Hutchins
TDCJ ID #1853351
Robertson Unit
12071 FM 3522
Abilene, TX 79601


## CERTIFICATE OF SERVICE

Tommy E. Hutchins certify that on the 30 day of November, 2017 he mailed copy of MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF; and MOTION FOR ORDER DIRECTING CLERK TO PROVIDE APPELLANT WITH FREE COPY OF CLERK'S RECORD WITH TRANSCRIPTS; and CERTIFICATE OF CONFERENCE to: Eric Kugler, Assistant District Attorney 1201 Franklin Suite 600 Houston, TX 77002-1923 by placing same in mailbox at the Robertson Unit.

Tommy E. Hutchins
TDCJ ID #1853351
Robertson Unit
12071 FM 3522
Abilene, TX 79601

Christopher A. Prine, Clerk
14TH Court of Appeals
301 Fannin, Suite 245
Houston, TX 77002

DATE: *11-30-2017*

RE: Court of Appeals No. 14-17-00868-CR
Trial Court Case No. 1337442

TOMMY EARL HUTCHINS v. THE STATE OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

DEC 18 2017

CHRISTOPHER A. PRINE
CLERK

MAILED

Mr. Prine:

Enclosed for filing is MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF; and APPELLANT"S MOTION FOR ORDER DIRECTING CLERK TO PROVIDE APPELLANT WITH FREE COPY OF CLERK"S RECORD WITH TRANSCRIPTS; and CERTIFICATE OF CONFERENCE; and CERTIFICATE OF SERVICE.

Please bring the matter herein to the attention of the Court. Thank you.

Sincerely,

Tommy E. Hutchins
TDCJ ID #1853351
Robertson Unit
12071 FM 3522
Abilene, TX 79601

CC/Enclosures:

Eric Kugler, Assistant
District Attorney

Mr. Tommy Earl Hutchins #1853357
Roberston Unit 4F-30T
12071 F.M.3522
Abilene, Texas
79601

Fourteenth Court of Appeals
Christie Newever Deputy Clerk
301 Franklin, Suite #245
77002
Legal-Mail

Houston, Texas 77002